# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JANE HAIG, | CASE NO. 13CV1727-MMA (RBB) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| CHARLES TRISTANI | |
| Defendant. | |

On July 24, 2013, Plaintiff Jane Haig, proceeding *pro se*, initiated this action against Charles Tristani. [Doc. No. 1.] Plaintiff contemporaneously filed a motion for leave to proceed *in forma pauperis* ("IFP"). [Doc. No. 2.] On August 2, 2013, the Court denied Plaintiff's IFP motion, concluding that Plaintiff had the means to pay the costs of commencing the action. The Court ordered Plaintiff to pay the requisite filing fee within twenty days of the order, and indicated that the action would be dismissed if Plaintiff failed to timely submit payment. Over nine months have passed and Plaintiff has failed to pay the filing fee. Accordingly, the Court **DISMISSES** this action without prejudice.

The Clerk of Court is instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: May 16, 2014

Hon. Michael M. Anello
United States District Judge