

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Haig | Civil Action No. 13-cv-01727-MMA-RBB |
| Plaintiff, | |
| V. | |
| Charles Tristani | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court dismisses this action without prejudice.

Date:       5/16/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  V. Mosqueda
V. Mosqueda, Deputy